No. WR-62,099-03

WR-62,099-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/8/2015 12:55:52 PM
Accepted 4/8/2015 1:12:29 PM
ABEL ACOSTA
CLERK

RECEIVED
COURT OF CRIMINAL APPEALS
4/8/2015
ABEL ACOSTA, CLERK

# IN THE
# COURT OF CRIMINALAPPEALS
# FOR THE STATE OF TEXAS

**In re Robert Lynn Pruett,**

Petitioner,

vs.

**William Stephens**,
Director, Texas Department of Criminal Justice,
Correctional Institutions Division

Respondent.

———————————————————

## NOTICE REGARDING STATE'S RESPONSE TO
## PETITION FOR WRIT OF PROHIBITION

———————————————————

## CAPITAL CASE
## MR. PRUETT IS SCHEDULED TO BE EXECUTED ON APRIL 28, 2015.

———————————————————

David R. Dow
Texas Bar No. 06064900
ddow@central.uh.edu
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
TEL: (713) 743-2171
FAX: (713) 743-2131

No. WR-62,099-03


IN THE
COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS


**In re Robert Lynn Pruett,**

Petitioner,

vs.

**William Stephens**,
Director, Texas Department of Criminal Justice,
Correctional Institutions Division

Respondent.

_____

**NOTICE REGARDING STATE'S RESPONSE TO
PETITION FOR WRIT OF PROHIBITION**
_____

Pruett's petition states that no physical evidence connects Pruett to the crime. Petition at 7. In its response, the SPU states that Officer Nagle's blood was found in the gym. State's Response at 15. In fact, that assertion is untrue. The pants and towel found in the gym area contained Pruett's blood, not Nagle's blood. Trial Tr. vol. 42: 346-47, 350. None of Officer Nagle's blood was found in the gym, nor was any found on any item belonging to Mr. Pruett.

Respectfully Submitted,


s/ David R. Dow

_____
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131

*Counsel for Robert Pruett*

## CERTIFICATE OF SERVICE

I certify that on the 8th day of April 2015, a true and correct copy of the above legal document was delivered via email to:

Jefferson Clendenin
Assistant Attorney General
Criminal Appeals Division
Texas Bar No. 24059589
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Tel. (512) 936-1600
Fax (512) 320-8132
Email jay.clendenin@texasattorneygeneral.gov


Melinda Fletcher
Special Prosecution Unit
mfletcher@sputexas.org

s/ David R. Dow
_____
David R. Dow

3